C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-81283  C-13D |
| Charles H. Phillips | ) | |
| Dorris B. Phillips | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING CONFIRMATION OF PLAN

On January 13, 2011, a hearing was held on Objection by the Standing Trustee to confirmation of the Debtors' proposed plan. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Richard M. Hutson II, Standing Trustee appeared. The Court, after considering the Objection and having heard and considered the statements of counsel and the Trustee, finds that the Objection should be sustained; therefore, it is ORDERED:

1. The Objection by the Trustee to confirmation of the Debtors' proposed plan is sustained and the proposed plan is not confirmed.

2. The Debtors shall have 30 days from January 13, 2011, within which to amend their proposed plan or file a new proposed plan, and in the event an amended or new proposed plan is not is timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

**PARTIES IN INTEREST**
**Page 1 of 1**
**10-81283 C-13D**

Charles H. Phillips
Dorris B. Phillips
1100 Lansing Ave.
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702